QUINN EMANUEL URQUHART & SULLIVAN, LLP
DANIEL C. POSNER (Bar No. 232009)
danposner@quinnemanuel.com
MIKAYLA WASIRI (Bar No. 333890)
mikaylawasiri@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

TODD ANTEN (*pro hac vice* forthcoming)
toddanten@quinnemanuel.com
295 Fifth Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Plaintiff FOODIELAND LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

FOODIELAND LLC

Plaintiff,

vs.

FOODEES LLC,

Defendant.

CASE NO. 2:26-cv-12107

**PLAINTIFF'S CERTIFICATE AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND FRCP 7.1**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Central District of California Local Rule 7.1-1, the undersigned counsel of record for Plaintiff FoodieLand LLC certifies that is not aware of any parties may have a pecuniary interest in the outcome of this case.

Pursuant to Rule 7.1 of the Federal Rules of Civil procedure, the undersigned counsel of record for Plaintiff FoodieLand LLC certifies that there is no publicly-held corporation owning 10% or more of its stock.

DATED: October 16, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *_/s/ Daniel C. Posner_*
Daniel C. Posner
*Attorneys for Plaintiff FoodieLand LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record. Any counsel of record who has not consented to electronic service through the Court's CM/ECF system will be served by electronic mail.

By * /s/ Daniel C. Posner*
Daniel C. Posner