QUINN EMANUEL URQUHART & SULLIVAN, LLP 295 5TH AVENUE NEW YORK, NY 10016

Client's File No.: ____________

Case No.: 2:26-cv-12107-SB-RAO

Date Filed: October 16, 2026

Court Date: ____________

# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

*FOODIELAND LLC,*

*Plaintiff*

**vs**

*FOODEES LLC,*

*Defendant*

STATE OF NORTH CAROLINA COUNTY OF WAKE SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of North Carolina

That on the following date: October 30, 2026, at the following time: 6:22 PM,

at 9901 TRAVERTINE TRAIL, DAVIDSON, NC 28036 deponent served the within

Summons in a Civil Action, Complaint for: (1) Federal Trademark Infringement, 15 U.S.C. § 1114, (2) False Designation of Origin and Unfair Competition,15 U.S.C. § 1125(a), (3) Common Law Trademark Infringement and Unfair Competition (4) Unlawful, Unfair, and Fraudulent Business Practices, Cal. Bus. & Prof. Code § 17200 Et. Seq. with Jury Demand with Exhibit A, Civil Cover Sheet, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Certificate and Notice of Interested Parties Pursuant to Local Rule 7.1-1 and FRCP 7.1, Proposed Summons, Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, Standing Order for Civil Cases Assigned to Judge Stanley Blumenfeld, Jr. signed by Hon. Stanley Blumenfled, Jr. USDJ Dated October 30, 2026

[X] Papers so served were properly endorsed with the Case No. and date of filing.

**Upon:** **FOODEES LLC**

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with ____________, ____________ (**Relationship**) a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[X] **Corporation LLC / LLP** By delivering to and leaving with Ron Kennedy said individual to be Owner who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Perceived Description of Recipient** Gender: Male Race: White Color of hair: Black/White Age: 40 - 50 Yrs. Height: 5ft 9inch - 6ft 0inch Weight: Over 200 Lbs. Other Features: ____________

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address ____________. on

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated

[ ] **Other**

SVETLANA KROLL NOTARY COMMISSION # 202614700306 PUBLIC LINCOLN COUNTY, NC

Sworn to before me on 11-3-2026

[signature]

Comm exp 6-14-31

[signature]

PROCESS SERVER - PRINT NAME BELOW SIGNATURE

Jordan Hayden

PROCESS SERVER LICENSE #

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA

Work Order # 1520730